UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1886 CAS (DTBx) | Date | May 20, 2010 |
|---|---|---|---|
| Title | NARVELL J. FIELDS v. OCWEN LOAN SERVICING, LLC; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | NOT PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(Chambers:) DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** (filed 04/13/10)

      The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of May 24, 2010, is hereby vacated, and the matter is hereby taken under submission.

      On March 16, 2010, plaintiff Narvell J. Fields filed the instant action against defendants Ocwen Loan Servicing, LLC ("Ocwen"); Aztec Foreclosure Corporation; U.S. Bank National Association as Trustee for the Registered Holders of Mastr Asset Backed Securities Trust 2007-WMC1Mortgage Pass-Through Certificates, Series 2007-WMC1, erroneously sued as Trustee for the Registered Holders ("U.S. Bank"); and Does 1 through 10. Plaintiff alleges claims arising out of the foreclosure of his property located at 13544 Cuyamaca Road, Apple Valley, California 92392 (the "Subject Property"). Specifically, the complaint alleges the following claims: (1) to set aside the Trustee's Sale of the Subject Property, under 11 U.S.C. § 362, on the basis that the sale violates the automatic stay arising in plaintiff's bankruptcy proceeding; (2) to cancel the Trustee's Deed; (3) to quiet title; and (4) for accounting.

      On April 13, 2010, defendants Ocwen and U.S. Bank filed the instant motion to dismiss plaintiff's complaint. As of the date of this order, plaintiff has failed to file an opposition in accordance with Local Rule 7-9.

      The Court finds that plaintiff's failure to file an opposition may be deemed consent to the granting of the motion pursuant to Local Rule 7-12. Accordingly, the Court GRANTS Ocwen and U.S. Bank's motion to dismiss with leave to amend within fourteen (14) days. In the event that plaintiff does not amend his complaint within

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1886 CAS (DTBx) | Date | May 20, 2010 |
|---|---|---|---|
| Title | NARVELL J. FIELDS v. OCWEN LOAN SERVICING, LLC; ET AL. | | |

fourteen (14) days, the Court will dismiss this action with prejudice against Ocwen and U.S. Bank.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |