ERIC D. HOUSER (SBN 130079)
LUKASZ I. WOZNIAK (SBN 246329)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:  (949) 679-1111
Facsimile:  (949) 679-1112
Email: lwozniak@houser-law.com

## JS-6

Attorneys for Defendants, OCWEN LOAN SERVICING, LLC and U.S. BANK NATIONAL ASSOCIATION As Trustee For The Registered Holders Of Mastr Asset Backed Securities Trust 2007-WMC1MORTGAGE Pass-Through Certificates, Series 2007-WMC1, erroneously sued herein as U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS, etc.

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NARVELL J. FIELDS, | ) Case No.: 2: 10-cv-01886-CAS-DTB |
| | ) |
| Plaintiff, | ) Assigned to: Hon. Christina A. Snyder |
| | ) |
| v. | ) **JUDGMENT OF DISMISSAL** |
| | ) |
| OCWEN LOAN SERVICING, LLC, a | ) Complaint Filed: March 16, 2010 |
| California Limited Liability Company; | ) Trial Date:  None |
| AZTEC FORECLOSURE | ) |
| CORPORATION, a California | ) |
| corporation;  U.S. BANK NATIONAL | ) |
| ASSOCIATION AS TRUSTEE FOR | ) |
| THE REGISTERED HOLDERS, etc.; | ) |
| and DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

/ / /

## JUDGMENT OF DISMISSAL

On May 20, 2010, the Court, having read and considered the Motion To Dismiss plaintiff NARVELL J. FIELDS's Complaint, issued its ruling on defendants OCWEN LOAN SERVICING, LLC and U.S. BANK NATIONAL ASSOCIATION As Trustee's Motion to Dismiss Plaintiff's Complaint.  The Honorable Anthony CHRISTINA A. SNYDER, United States District Judge was presiding.  The Court ruled as follows:  the Court granted defendants OCWEN LOAN SERVICING, LLC and U.S. BANK NATIONAL ASSOCIATION As Trustee's Motion to Dismiss in its entirety with leave to amend.  The amended pleading was to be filed by June 3, 2010.

As of June 8, 2010, which is after the time allotted for plaintiff to amend his complaint, no amended complaint has been filed.  Good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Plaintiff's entire Complaint and this action against OCWEN LOAN SERVICING, LLC and U.S. BANK NATIONAL ASSOCIATION As Trustee For The Registered Holders Of Mastr Asset Backed Securities Trust 2007-WMC1MORTGAGE Pass-Through Certificates, Series 2007-WMC1 is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED:  6/9/10

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA          )
                                          ) SS
COUNTY OF ORANGE           )

 I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 9970 Research Drive, Irvine, CA 92618.

 On June 10, 2010 I served the following document(s) described as follows:

**[PROPOSED] JUDGMENT OF DISMISSAL**

On the following interested parties in this action:

Julias Stewart
Stewart-Reed Law Group Inc
22130 Clarendon Street
Woodland Hills, CA 91367
Email: jstewart@stewart-legal.com
*Attorney for Plaintiff*

☒ BY ELECTRONIC MAIL—I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the above listed CM/ECF registrants.

 I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

 Executed on June 10, 2010 at Irvine, California.

       _____
       Courtney Hershey